# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAGUFTABANU MOMIN,<br><br>Petitioner,<br><br>v.<br><br>CHRISTOPHER CHESTNUT, et al.,<br><br>Respondents. | Case No. 1:26-cv-02003-JLT-SAB-HC<br><br>ORDER GRANTING PETITIONER'S MOTION FOR EXTENSION OF TIME<br><br>(ECF No. 13) |

Good cause appearing, and there being no opposition, the Court GRANTS Petitioner a 60-day extension of time to file objections to the findings and recommendations, from Thursday, June 11, 2026, to and including Monday, August 10, 2026.

IT IS SO ORDERED.

Dated:    **June 5, 2026**

STANLEY A. BOONE
United States Magistrate Judge